

# NUMBER 13-19-00071-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE AEROFUND FINANCIAL, INC.

## On Petition for Writ of Mandamus.

# MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Hinojosa
### Memorandum Opinion by Justice Benavides[1]

Relator Aerofund Financial, Inc. filed a petition for writ of mandamus in the above cause seeking to compel the trial court to enforce a forum selection clause and dismiss the underlying lawsuit. Relator and real party in interest, McAllen Tropicpak, Inc., have now filed a joint motion to dismiss this original proceeding on grounds that the parties have settled this matter. They request that we dismiss this petition for writ of mandamus without prejudice.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *Id.* R. 47.4 (distinguishing opinions and memorandum opinions).

The Court, having examined and fully considered the petition for writ of mandamus and the joint motion to dismiss, is of the opinion that this matter should be dismissed. Accordingly, we grant the joint motion to dismiss and we DISMISS this original proceeding without prejudice.

GINA M. BENAVIDES,
Justice

Delivered and filed the
28th day of March, 2019.